JEWISH HOSPITAL ASSOCIATION OF PHILADELPHIA, Appellant, *v.* 910 WEST END AVENUE CORPORATION et al., Defendants, and STRAUS NATIONAL BANK AND TRUST COMPANY OF NEW YORK et al., Respondents.

Submitted March 24, 1937; decided April 27, 1937.

*Albert Mannheimer* and *Joel Irving Friedman* for appellant.

*Woolsey A. Shepard* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, and LOUGHRAN, JJ. Dissenting: FINCH and RIPPEY, JJ.